NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAIKEL GALLO-SURERA,        )
          )
      Appellant,      )
          )
v.          )      Case No. 2D18-1395
          )
STATE OF FLORIDA,        )
          )
      Appellee.      )
_____)

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

PER CURIAM.

Affirmed.

MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.